IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-175-FDW-DCK

| | |
|---|---|
| BENJAMIN E. DAVIS and ROBERTO F. GARCIA,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>MERRILL LYNCH & CO., INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,<br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Steven A. Meckler, concerning Michael D. Bressan on April 28, 2015. Mr. Michael D. Bressan seeks to appear as counsel *pro hac vice* for Plaintiffs Benjamin E. Davis and Roberto F. Garcia. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Michael D. Bressan is hereby admitted *pro hac vice* to represent Plaintiffs Benjamin E. Davis and Roberto F. Garcia.

　　　　**SO ORDERED**.

Signed: April 28, 2015

David C. Keesler
United States Magistrate Judge