IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-175-FDW-DCK

| | |
|---|---|
| BENJAMIN E. DAVIS and ROBERTO F. GARCIA, ) ) ) Plaintiffs. ) ) v. ) ) MERRILL LYNCH & CO., INC., and ) MERRILL LYNCH, PIERCE, FENNER & ) SMITH, INC., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) filed by Mark A. Nebrig, concerning Sam S. Shaulson on July 15, 2015. Mr. Sam S. Shaulson seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) is **GRANTED.** Mr. Sam S. Shaulson is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

**SO ORDERED**.

Signed: July 15, 2015

David C. Keesler
United States Magistrate Judge