IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-175-FDW-DCK

| | |
|---|---|
| BENJAMIN E. DAVIS and ROBERTO F. GARCIA, | ) ) ) |
| Plaintiffs. | ) ) |
| v. | ) **ORDER** ) |
| MERRILL LYNCH & CO., INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Mark A. Nebrig, concerning S. Elaine McChesney on July 15, 2015. Ms. S. Elaine McChesney seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED.** Ms. S. Elaine McChesney is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

**SO ORDERED**.

Signed: July 15, 2015

David C. Keesler
United States Magistrate Judge