IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-175-FDW-DCK

| | |
|---|---|
| BENJAMIN E. DAVIS and ROBERTO F. GARCIA, | )<br>)<br>) |
| Plaintiffs. | )<br>) |
| v. | ) **ORDER**<br>) |
| MERRILL LYNCH & CO., INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed by Mark A. Nebrig, concerning Mark S. Dichter on July 15, 2015. Mr. Mark S. Dichter seeks to appear as counsel *pro hac vice* for Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) is **GRANTED.** Mr. Mark S. Dichter is hereby admitted *pro hac vice* to represent Defendants Merrill Lynch & Co. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

**SO ORDERED**.

Signed: July 15, 2015

David C. Keesler
United States Magistrate Judge