# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Benjamin E. Davis, et al | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00175-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Merrill Lynch, Pierce, Fenner & Smith, Inc., et al<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion for Settlement and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2016 Order.

September 6, 2016

_____
Frank G. Johns, Clerk
United States District Court